UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHELANGELA EVANS,

       Plaintiff,                 Case No. 21-cv-11754
                                         Hon. Matthew F. Leitman

v.

KILOLO KIJAKAZI,
Acting Commissioner
of Social Security,

       Defendant.
_____/

**ORDER FOR FEES AND EXPENSES PURSUANT
TO THE EQUAL ACCESS TO JUSTICE ACT**

Upon consideration of the parties' joint stipulation for fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $7,678.20 in attorney's fees under the EAJA. Payment will be mailed to Plaintiff's attorney at his office: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.

2. Defendant's payment of this amount shall constitute a complete release and bar to any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: April 20, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2022, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126